IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN PEPE, JASON RAUSCH, MICHAEL RAVOTTA, LESLEY STANKIVIC, AND ERIK TOMKO, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCREDITED HOME LENDERS d/b/a HOME FUNDS DIRECT, <br><br> Defendant. | ) Civil Action No. 2:06-cv-01225-GLL <br> ) <br> ) Judge Gary L. Lancaster <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ~~PROPOSED~~ ORDER TO AMEND COMPLAINT

Based on the agreement between counsel for Plaintiffs and Defendant, IT IS HEREBY ORDERED that the Complaint shall be amended as follows: JAMES BRENT shall be added as a Plaintiff; the reference to a collective action in the first paragraph of the Complaint shall be deleted; and scrivener's errors shall be corrected.

Dated: 12/28/06

_____
The Honorable Gary L. Lancaster,
United States District Judge