**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Bryan Pepe, et al.,                          )
                                             )
              Plaintiffs,                    )
                                             )    Civil Action No. 2:06-cv-01225-GLL
       v.                                    )
                                             )    Judge Gary L. Lancaster
Accredited Home Lenders, Inc.,               )
                                             )
              Defendant.                     )

**STIPULATION TO EXTEND DISCOVERY FOR LIMITED PURPOSE**

WHEREAS, the parties to this action have stipulated that the deadline for discovery

should be extended for a limited purpose; accordingly, it is this 6th day of April, 2007

ORDERED:

1.    The parties shall complete all discovery by May 4, 2007 for the purpose of

allowing the following additional discovery that was not completed during the original discovery

period:

> a.    Deposition of Jeff Kelly (by subpoena, at request of either party) (tentatively scheduled for April 30, 2007);
>
> b.    Deposition of Paul Semes (by subpoena, at request of either party) (tentatively scheduled for April 30, 2007);
>
> c.    Deposition of Keith Balesk (by subpoena, at request of either party) (tentatively scheduled for May 1, 2007);
>
> d.    Deposition of Plaintiff James Brent (tentatively scheduled for May 2, 2007); and
>
> e.    If the Court denies Plaintiffs' motion for protective order (Doc. 21), the depositions of Plaintiffs Bryan Pepe, Jason Rausch, Michael Ravotta and Lesley Stankivic (dates to be determined).

2.    Defendant's brief in opposition to Plaintiffs' motion to compel (Doc. 19) shall be

due on April 13, 2007.

3.      Defendant's brief in opposition to Plaintiff's motion for protective order (Doc. 21)

shall be due on April 13, 2007.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: April 6, 2007

**CONSENTED TO:**

**NICHOLS KASTER & ANDERSON, PLLP**

/s/ Charles G. Frohman
Donald H. Nichols (MN Bar No. 78918)
  nichols@nka.com
Paul J. Lukas (MN Bar No. 22084X)
  lukas@nka.com
Sarah M. Fleegel (MN Bar No. 34557X)
  fleegel@nka.com
Charles G. Frohman (MN Bar No. pending)
  frohman@nka.com

4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 256-3200 (phone)
(612) 218-4870 (fax)

Counsel for Plaintiffs

**LITTLER MENDELSON, P.C.**

/s/ Robert W. Pritchard
Robert W. Pritchard (PA #76979)
  rpritchard@littler.com
Denise R. Abbott (PA #201483)
  dabbott@littler.com

Dominion Tower
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222.3110
412.201.7628 (phone)
412.774.1957 (fax)

Counsel for Defendant

April 6, 2007