IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PEPE, ET AL.,<br>    Plaintiffs,<br><br>    v.<br><br>ACCREDITED HOME LENDERS, INC.,<br>    Defendant. | )<br>)<br>)<br>)   Civil Action No. 06-1225<br>)<br>)<br>) |

ORDER OF COURT

AND NOW this 17 day of May, 2007, before the court is the parties' joint stipulation for entry of a stay of proceedings [document #39], wherein the instant case would be stayed while the parties finalize settlement negotiations. Upon review of the stipulation and in the interest of judicial economy, IT IS HEREBY ORDERED that, in lieu of staying this action, the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All Counsel of Record